UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBYN D. WILSON-ANDERSON,

Plaintiff,

Case No. 26-cv-12554
Hon. Matthew F. Leitman

v.

UNITED WEALTH SERVICES, INC.,
f/k/a Financial Education Services, Inc.
d/b/a United Credit Education Services,

Defendant.
______________________________________________________/

**ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126